IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES W. EYSOLDT, et al,

          Case Number: 1:02cv55-SJD

vs.

          District Judge Susan J. Dlott

AMERICREDIT CORPORATION OF CA., et al,

NOTICE

The Settlement Conference previously scheduled for FEBRUARY 27, 2004 at 10:00 a.m. is hereby VACATED.

JAMES BONINI, CLERK

___s/Stephen Snyder_____
Stephen Snyder
Case Manager
(513) 564-7633