RECEIVED
FEB 2 0 2004
JAMES BONINI, Clerk
CINCINNATI, OHIO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES W. EYSOLDT, et al. | : | Case No. C-1-02-055 |
| Plaintiff, | : | (Dlott, J.) |
| v. | : | |
| AMERICREDIT CORPORATION OF CALIFORNIA, et al. | : | AGREED ENTRY OF DISMISSAL |
| Defendants. | : | |
| | : | |
| AMERICREDIT CORPORATION OF CALIFORNIA, | : | |
| Third-Party Plaintiff, | : | |
| v. | : | |
| THE MAIN TITLE AGENCY, INC. | : | |
| Third-Party Defendant. | : | |

By agreement of the parties, the Court, after being advised that this action has been settled, hereby dismisses this action in its entirety with prejudice. It is therefore ORDERED, ADJUDGED and DECREED that plaintiffs James and Deborah Eysoldt's complaint against defendants Americredit Corporation of California ("Americredit") and Citifinancial Mortgage Co., Inc. and Americredit's third party complaint against third party defendant The Main Title Agency, Inc. ("Main Title") and Main Title's third party counterclaim against Americredit are hereby dismissed with prejudice. The Court shall retain jurisdiction to enforce the terms of the settlement between the parties. Each party is to bear its own costs.

IT IS SO ORDERED.

_____
Susan J. Dlott, United States District Judge

AGREED:

*/s/ Andrew M. Engel per authorization*
Andrew M. Engel
PO BOX 41506
Dayton OH 45441-0506
(937) 477-9083
Trial Attorney for Plaintiffs
amengel@erint.com


*/s/ Barbara Friedman Yaksic per authorization*
Barbara Friedman Yaksic
McGlinchey Stafford, PLLC
Three Commerce Square Park
23230 Chagrin Blvd., Suite 700
Cleveland, Ohio 44122-5495
Trial Attorney for Americredit
byaksic@mcglinchey.com

*/s/ Stephen J. Butler per authorization*
Stephen J. Butler
Thompson Hine LLP
312 Walnut Street, 14th Floor
Cincinnati, Ohio 45202-4089
Trial Attorney for CitiFinancial
Steve.butler@thompsonhine.com

*/s/ Christopher D. Cathey*
Christopher D. Cathey (71231)
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202-2409
(513) 698-5026
(513) 698-5027 (fax)
ccathey@ulmer.com
Trial Attorney for Main Title

255836.1